UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERMAN L. THOMAS,

    Plaintiff,

vs.                                                 Case No. 8:12-CV-761-JDW-MAP

JOSEPH L. ADAMS,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate's Report and Recommendation (Dkt. 43) on Plaintiff's (Motion) Request for Leave to Appeal I.F.P. (Dkt. 42). No objections have been filed. Accordingly, the Report and Recommendation (Dkt. 43) is ADOPTED, and Plaintiff's Motion (Dkt. 42) is DENIED.

**DONE AND ORDERED** this 7th day of January, 2013.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Unrepresented Parties
Counsel of Record